# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0045.  ALTURO PASCO v. J. BROWN et al.**

Alturo Pasco has filed an application for discretionary review of the trial court's orders denying the filing of his civil complaint and motion for preliminary injunction/temporary restraining order.  Although Pasco has included copies of the trial court's orders, the orders were not stamped "filed" copies as required by Court of Appeals Rule 31 (c).  Without such copies of the orders, we cannot ascertain if the application was filed within 30 days of the day they were entered by the trial court clerk, which is a jurisdictional prerequisite.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on August 4, 2017, we ordered Pasco to supplement his application within ten days with stamped "filed" copies of the orders.  We provided that failure to comply with this directive would result in dismissal of the application.  Pasco did not submit stamped "filed" copies of the trial court orders within ten days of our order.

Without stamped "filed" copies of the trial court orders, we are unable to entertain jurisdiction over this case.  Accordingly, Pasco's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  08/18/2017
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.